Steven Katz (application pending for *Pro Hac Vice*)
katz@fr.com
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Tamara Fraizer (SBN 215942)
fraizer@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
VERTICA SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SYBASE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERTICA SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 09-CV-05647-MHP<br><br>[PROPOSED] **ORDER RE VERTICA'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(A)**<br><br>~~Date: Monday, May 3, 2010~~<br>~~Time: 2:00 p.m.~~<br>~~Ctrm: 15, 18th Floor~~<br>~~Judge: Hon. Marilyn H. Patel~~ |

　　Defendant Vertica Systems, Inc. ("Vertica") having filed a Motion to Transfer Venue to the Eastern District of Texas Pursuant to 28 U.S.C. § 1404 (A), the Court having carefully considered the submissions of the parties and the relevant law and facts, IT IS HEREBY ORDERED that Vertica's motion is GRANTED. **for the reasons set forth in the Statement of Reasons, made a part of this Order at pages 3-5.**

1  Pursuant to 28 U.S.C. § 1404(a), this action shall be transferred to the Tyler Division of the
2  Eastern District of Texas, before which is pending the related matter of *Sybase, Inc. v. Vertica*
3  *Systems, Inc.*, Civil Action No. 6:08-cv-24[LED].  **The Clerk of Court shall transfer the file**
4  **forthwith.**

5  So **ORDERED** this 22nd day of  April     , 2010.

   Honorable
   United States

   *IT IS SO ORDERED*
   [signature]
   Judge Marilyn H. Patel

   [Seal: United States District Court, Northern District of California]

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 29, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of [PROPOSED] ORDER RE VERTICA'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(A) via the Court's CM/ECF system per Local Rule 5-4 and General Order 45.  Any other counsel of record will be served by First Class Mail.

    */s/ Tamara Fraizer*
    Tamara Fraizer

50706018.doc